Charlie MATTHEWS, Plaintiff–Appellant,

v.

Valerie MURRAY; Dr. Colin Ottey; William Beeman; Greg Flury; Lisa Schindler, Defendants–Appellees.

No. 13–7993.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 27, 2014.

Decided: March 5, 2014.

Charlie Matthews, Appellant Pro Se. Michelle Jacquelyn Marzullo, Richard P. Seitz, Marks, O'Neill, O'Brien, Doherty & Kelly, P.C., Towson, Maryland; Gina Marie Smith, Meyers, Rodbell & Rosenbaum, PA, Riverdale, Maryland, for Appellees.

Before NIEMEYER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charlie Matthews appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Matthews v. Murray,* No. 1:13–cv–00059–RDB, 2013 WL 6383097 (D.Md. Dec. 4, 2013). We dispense with oral argument because the facts and legal contentions are ade-

quately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*